IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CORNELIUS JACKSON, )<br>)<br>Plaintiff, )<br>)<br>vs )<br>)<br>)<br>LT. K. CLARK, and OFFICER CASH, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 02-H-2327-S<br><br>**ENTERED**<br>MAR 19 2004 |

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and the objections of the plaintiff, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, all motions for summary judgment are due to be denied. An appropriate order will be entered.

DONE, this 19th day of March, 2004.

_____
JAMES H. HANCOCK
SENIOR JUDGE